UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION
———
No. 1:26-cv-01593
———

**Mercado Erazo,**

*Petitioner,*

v.

**Mullin, et al.,**

*Respondents.*

———

## ORDER FOR SUPPLEMENTAL BRIEFING

Before the Court is the petitioner's Petition for a writ of habeas corpus. On July 2, 2026, the Fifth Circuit issued a published opinion in *Rodriguez v. Ortega*, No. 26-50183, 2026 WL 1906557 (5th Cir. July 2, 2026).

Petitioner is ordered to file a supplemental brief by no later than July 16, 2026, that addresses how *Rodriguez* bears on whether the Petition should be granted. Respondents are ordered to file a response no later than July 23, 2026. Neither supplemental brief shall exceed 5 pages.

*So ordered by the Court on July 7, 2026.*

ANDREW DAVIS
United States District Judge

1